1    **U.S. Court Southern District of Ohio Western Division**

2

3    *Andrew Stephen Drazdik Jr.*, Plaintiff

4                                                                                    Civil Case no.

5              v.

6

7    *Kao  Corporation* Ltd., In Rem, Respondent

8

9    *Jergens Company,* In Rem, Respondent

10

11

12    **Memorandum of Law, NOTICE for Reinstatement**

13

14                                            Complaint

15

16    Plaintiff, Party to Action:

17

18    Andrew Drazdik Jr

19    313 Sunview Avenue

20    Jeannette, PA 15644-2950

21    Tel. no. 412-245-8496

22    Drazdikjr@gmail.com

23

24    Defendants:

25

26    Kao Corporation HQ

27    Legal Compliance Division

28    1-14-10 Nihonbashi Kayabacho, Chuo-Ku

29    Tokyo, Tokyo 103-8210

30

31    Kao Corporation Ltd.

32    Kao USA Inc.,

33    c/o Jergens Company

34    Executive Committee Members

35    2535 Spring Grove Avenue

36    Cincinnati, Ohio 45214

37

**Subject Matter Jurisdiction:**

15 U.S.C. 9          Jurisdiction of Courts; Procedure

28 U.S.C. 1343(3)  Civil Rights Acts (Labor Law, Federal Labor Standards Act)

**Statement of Claim:**

Table of Authorities:

Pub. L. 718, 52 Stat 1060 (1938), Fair Labor Standards Act
Pub. L. 598, 38 Stat  736 (1954), Clayton Act
15 U.S.C. § 9 Procedure
15 U.S.C. § 19(4), Officers / Directors elected
15 U.S.C. §24, Liability of Directors, and agents
15 U.S.C. §26, Injunctive Relief for Private Parties

**Introduction:**

        Under the Fair Labor Standards Act and Clayton Act when procedure,
15 U.S.C. § 9, petitions setting forth the case and praying that such violations shall
be enjoined or otherwise prohibited.  The subject matter of interstate practice
labor law in remedy for immediate cause when issue of expert opinion Wage and
Hour Division U.S. Department of Labor necessary to comprehend the property in
question during antitrust investigations by the indispensable party the Kao
Corporation had jurisdictional controlling authority given venue of the State of
Ohio directly related to management.

        During the fiscal tax years of 1999, 2000, The Andrew Jergens Company was
reorganized by company name to the Jergens Company.  The company (1 U.S.C. §
5), profit sharing and bonus plans under "common control" [26 U.S.C. § 414(c)]
operated when process design, procedure, and activities involved chemical
technicians for certification of work done within the workplace environment.
Direction by principle investigator as chemical engineers by parole agreement
involved daily operations for health, safety, and maintenance of the property for
general business operations.

75    The Kao Corporation sent several persons as the Jergens Company human
76  resource department attested to their background and credentials involving
77  cooperation for procedures, and activities that resulted in work done during that
78  time frame for an antitrust merger acquisition proposal to conduct research
79  under the management of Executive Exemption.  The director of the human
80  resource department, Tom Boehm, and the research development department,
81  Keith Pings, were the responsible parties at that time for business cash flow,
82  income, and balance sheet financial statements with Primary Duty.
83    During the fiscal tax year of 2000 the company, doing business as the
84  Jergens Company, an agreement was communicated to certain employees in a
85  closed meeting with Kao Corporation executives, having no Management or
86  Primary Duty, assumed as Corporate Leniency Policy of the Antitrust Division with
87  the U.S. Government Department of Justice Antitrust Division as Matters of
88  Significance.  Financial data was presented by the Corporate Executive Officer, Bill
89  Gentner, to an audience on the Jergens Company property.  The actual business
90  results proved to be a reorganization of the company with several other divisions,
91  brands, and citizens from Federal Republic of Germany.
92
93  **Appendix:**
94
95  Internal Revenue Service Tax Topic 762, Independent Contractor vs Employee
96  U.S. Department of Justice. Antitrust Division. 27th June 2020
97  Fed. Rep. of Germany. Min. of Labor and Social Solidarity. Response. 1st July 2020
98  Japan. Min. of Finance. Letter of Concern, trade name antitrust. 6th July 2020
99  Fed. Rep. of Germany. Min. of Labor and Social Solidarity. Doc. 14th August 2020
100  Japan. Min. of Environment. Letter of Concern, Interlocutory.  10th Sept. 2020
101  Kao Corporation. Investor Relations, Letter. 11th October 2020
102  Kao Corporation. Investor Relations, Letter. 17th November 2020
103  Drazdik Jr, A. Compilation Glossary Terms: Risk Capital Summary… Work Product
104  from civil action case management 1:20-cv-509
105
106  **Previous Lawsuits:**
107
108  Andrew Drazdik Jr vs. Kao Corporation et. al.     Civil Case no. 1:20-cv-00509
109
110
111

**Relief and Remedy (3):**

I.      Subpoena Duces Tecum under the statutory authority for procedural law and venue of the U.S. Courts involved by antitrust and Constitutional legal and financial right of the U.S. Government Department of Justice Antitrust Division enjoinder of any legal right afforded the common control for profit sharing, and bonus plans during those years of legal obligation for Primary Duty and General Business.  Under the Federal Labor Standards Act, as stated verbatim within the Constitution of the State of Ohio, on minimum wage § 34a, "…where the employer is found by the state or a court to have violated any provision of this section, the employer shall within thirty days of the finding pay the employee back wages, damages, and the employee's costs and reasonable attorney fees."

II.      Writ of Mandamus for production of documents on issues at court bench trial when stipulation for interlocutory stay upon original NOTICE under the procedural laws of the Federal Labor Standards Act for any investigation in the venue of the State of Ohio when investigation of discrimination of Primary Duty given any Particular Weight under Executive Exemption.

III.      Writ of Mandamus for stay of interlocutory appeal transfer from the court, 28 U.S.C. § 610, as civil action petition for review of administrative action, 28 U.S.C. § 1631, transfer to cure want of jurisdiction when at time civil action was filed or noticed by civil conciliation of bench trial.

Please take NOTICE this petition, Andrew Stephen Drazdik Jr  v.  Kao Corporation In Rem, Fed. R Civ. P Rule 26(d).

> "to the best of the signer's knowledge, information and belief formed after reasonable inquiry of this Memorandum Letter is well grounded in fact and is warranted by existing law…", and is not interposed for an improper purpose.

I attest the foregoing to be true and correct under the penalty of perjury and the laws of the United States of America (28 U.S. Code Section 1746)

Andrew Stephen Drazdik Jr

*13th March 2021*

148   Andrew Stephen Drazdik Jr

149   313 Sunview Avenue

150   Jeannette, Pennsylvania 15644-2950

151   Tel. no. 412-245-8496

152   Drazdikjr@gmail.com,

153                                                    Sworn to and subscribed before me

this  13  day of  March , 20 21.

154   CC:

155

156   Clerk's Office of the U.S. Court                Commonwealth of Pennsylvania

157   Southern District of Ohio                       County of  Westmoreland

158   Potter Stewart U.S. Courthouse,

159   100 East Fifth Street                           Hollah Graham

160   Cincinnati, OH 45202-3988

161

162   Kao Corporation HQ                              Commonwealth of Pennsylvania - Notary Seal
                                                       Hollah Graham, Notary Public
163   Legal Compliance Division                       Westmoreland County
                                                       My commission expires August 1, 2022
164   1-14-10 Nihonbashi Kayabacho, Chuo-Ku           Commission number 1338440
165   Tokyo, Tokyo 103-8210                           Member, Pennsylvania Association of Notaries

166

167   Kao Corporation Ltd.

168   Kao USA Inc.,

169   c/o Jergens Company

170   Executive Committee Members

171   2535 Spring Grove Avenue

172   Cincinnati, Ohio 45214

173

174

175                          <u>Certificate of Service</u>

176

177        I herby certify that on  14th March  (date), 2021, I mailed my petition

178   for reinstatement, Andrew Stephen Drazdik Jr v. Kao Corporation In Rem, to the

179   Clerk of Courts for filing.  Upon the Clerk's Office docketing of this pleading, notice

180   of this filing will be sent through the Court's Case Management Electronic Filing

181   System (CM/ECF) as provided for in <u>Fed. R. Civ. P. 5(b)(2)(E)</u>.

182        A copy of this pleading will be mailed, by ordinary United States Mail,

183   postage pre-paid, to the following parties this same day.

184

 **IRS**

# Topic No. 762 Independent Contractor vs. Employee

For federal employment tax purposes, the usual common law rules are applicable to determine if a worker is an independent contractor or an employee. Under the common law, you must examine the relationship between the worker and the business. You should consider all evidence of the degree of control and independence in this relationship. The facts that provide this evidence fall into three categories – *Behavioral Control, Financial Control, and Relationship of the Parties*.

**Behavioral Control** covers facts that show if the business has a right to direct and control what work is accomplished and how the work is done, through instructions, training, or other means.

**Financial Control** covers facts that show if the business has a right to direct or control the financial and business aspects of the worker's job. This includes:

- The extent to which the worker has unreimbursed business expenses
- The extent of the worker's investment in the facilities or tools used in performing services
- The extent to which the worker makes his or her services available to the relevant market
- How the business pays the worker, and
- The extent to which the worker can realize a profit or incur a loss

**Relationship of the Parties** covers facts that show the type of relationship the parties had. This includes:

- Written contracts describing the relationship the parties intended to create
- Whether the business provides the worker with employee-type benefits, such as insurance, a pension plan, vacation pay, or sick pay
- The permanency of the relationship, and
- The extent to which services performed by the worker are a key aspect of the regular business of the company

## Additional Information

For more information, refer to Publication 15-A, Employer's Supplemental Tax Guide, Publication 1779, Independent Contractor or Employee (PDF) and Independent Contractor (Self-Employed) or Employee? If you want the IRS to determine if a specific individual is an independent contractor or an employee, file Form SS-8, Determination of Worker Status for Purposes of Federal Employment Taxes and Income Tax Withholding. For information on eligibility for a voluntary program to reclassify your workers as employees with partial relief from federal employment taxes, see Voluntary Classification Settlement Program (VCSP) Frequently Asked Questions.

*Page Last Reviewed or Updated: 24-Jun-2020*

 Gmail

Andrew Drazdik Jr <drazdikjr@gmail.com>

## Merger Specific Efficiencies; Non Reportable Transactions, see "Cognizable" Anti-Trust Evidence 15 U.S. Code sec. 6211(1)

1 message

Andrew Drazdik Jr <drazdikjr@gmail.com>
To: antitrust.complaints@usdoj.gov, compliance@kao.co.jp

Sat, Jun 27, 2020 at 11:43 AM

**U.S. Department of Justice**

Anti-Trust Division: Health Care and Consumer Products Section

Suite 4100, Liberty Square Building

450 Fifth Street, NW

Washington, D.C. 20530

Phone: 202-307-0001

Fax: 202-307-5802


Citizen Complaint Center, Anti-Trust Division

950 Pennsylvania Avenue, N.W.

Room 3322

Washington D.C. 20530


27th June 2020


Re: Proposed Merger "Anti-Trust Evidence" parties: Kao Corporation and Bristol Myers Squibb division of hair care consumer products Clairol for duration of negotiation and pricing arbitrage fiscal years 1999, 2000, 2001.


Subject: Merger Specific Efficiencies; Non Reportable Transactions, see "Cognizable" Anti-Trust Evidence 15 U.S. Code sec. 6211(1)


I am a former chemical technician prepared to file a "On Going Concern" for a writ of mandamus Pro Se Complaint in the U.S. Courts Dist. S.W. Division Ohio. In view of how, why, and when Nikkei index companies learn from evidence that is exclusive to the U.S. Department of Justice expert opinion under customary Constitutional laws by jurisdiction of the U.S. Attorney General. Sharing of certain limited evidence will be presented .


Anti-Trust evidence is also protected by laws under the legal right of diversity civil action as Causes of Action: Diversity (28 U.S. Code 1332) to challenge abuse of discretion according to my para-legal self educated

knowledge of the subject matter. A copy of my complaint reference to any klein-conspiracy (see, APPLICABILITY OF 18 U.S.C. § 207(f) TO PUBLIC RELATIONS ACTIVITIES), and civil liberties abuse of discretion is attached by hyper-link with other relevant enclosures.

Civil liberties by good conscience of Constitutional laws will be proposed in the complaint that investor relations and corporate liability duty of care of any director or officer with an "On Going Concern" under the Constitutional laws (42 U.S. Code 1983), ethically have a duty to comprehend the insurance performing within the corporation management system ethically (42 U.S. Code 1981).

Under the laws of the United States of America in this regard in accord the jurisdictional legal right of U.S. Department of Justice agency officers expert opinion (See, Jurisdiction JS Form 44, Section 410 Anti-Trust):

**Jurisdiction: 410 Anti-Trust**

The U.S. Court should hear my concern for this dispute that was over $75,000 when merger acquisition involved intangible work that was ordered during the fiscal years of the bidding process that Constitutional anti-trust Constitutional laws were expected to perform by the laws of the United States States of America.

United States Courts Southern District of Ohio Western Division at Cincinnati:

United States District Court Clerk's Office

Potter Stewart U.S. Courthouse

Room 103, 100 East Fifth Street

Cincinnati, Ohio 45202

Constitutional Civil Liberty Memorandum:

U.S. Constitutional necessary public laws for fairness by Anti-Trust litigation by statutory relevant certainty of the U.S. Code were applied as listed:

Sherman Anti Trust Act (15 U.S. Code § 4. Jurisdiction of courts; duty of United States attorneys; procedure)

Clayton Act (15 U.S. Code § 24. Liability of directors and agents of corporation)

Anti-Trust Civil Process Act (15 U.S. Code § 1313 - Custodian of documents)

International Antitrust Enforcement Assistance Act of 1994 (15 U.S. Code § 6203: Jurisdiction of district courts of United States)

Reference: FRCP Rule 36: Copy of a document https://www.law.cornell.edu/rules/frcp/rule_36

Legal Note FRCP Rule 59: Altering and or Amending a Judgment,… take additional testimony, amend findings of fact and conclusions of law or make new ones, and direct the entry of a new judgment; https://www.law.cornell.edu/rules/frcp/rule_59

Government Actors, Expert Opinion, Ethics stakeholders:

**Jurisdictional Government Enforcement:**

**U.S. Government Department of Justice**

Antitrust Division, Office of Operations

950 Pennsylvania Avenue, NW

Room 3322

Washington, D.C. 20530

https://www.justice.gov/atr/merger-enforcement

Commentary on horizontal guidelines. Pub. FTC USDOJ 2006, From U.S. Dept. Justice website Anti-Trust

https://www.justice.gov/atr/file/801216/download

**Japan Fair Trade Commission**

100-8987 1-1-1

Kasumigaseki, Chiyoda-ku, Tokyo,Japan

Tel: +81-3-3581-1998

https://www.jftc.go.jp/en/policy_enforcement/mergers/index.html

Japanese company (1 U.S. Code sec. 5), Kao Corporation:

**Social Responsibility Committee**
Legal Compliance Division Kao Corporation HQ
14-10 Nihonbashi Kayabacho Tokyo, Tokyo 103-8210 Japan

**Kao USA Headquarters**
2535 Spring Grove Avenue

• CAGE 21543,DUNS 004251617, NAICS 325620

Therefore, in a De Novo request for relief based on my academic knowledge of advance subject matter for Anti-Trust and asset operational leverage for any "On Going Concern" of an insured liability under company (1 U.S. Code sec. 5) merger acquisition two points Writ of Mandamus by the Federal Rules of Civil Procedure Rule 5.1:

I.      Writ of Mandamus for letters effectual to provisions of Constitutional Anti-Trust law to be accepted as "statements" for Corporate Ethics Responsibility when beyond the scope of the job description for "scientist" terms and conditions of insured work.

The letters as "statements" (17 U.S. Code § 104 Subject matter of copyright National origin) have ethics involved by the U.S. Attorney's Office to produce any claim that the Executive Committee members of the Kao Corporation corresponded that the "non-cognizable" efficiency of the merger acquisition analysis, and "statements" were involved by investor relations and duty of care by insured professional engineers, auditor controllers, directors, and officers of The Andrew Jergens Company (Currently known as Kao USA Inc.) with state government of the State of Ohio as licensed professionals, and insurance performed without negligence;

II.      Writ of Mandamus during fiscal year 2000 under the insured liability any "indemnification" correspondence for work done by instruction with Jergens R&D Bldg. Cincinnati, Ohio for production of any document, report, memorandum, and or inter-office communication that was not involved by manufacturing, quality services, research and design for products as "On Going Concern" as evidence that gave protection to chemical technicians, and other lay worker.

(Key principles Keith Pings P.E. Vice President R&D; Vince Fischer P.E. R&D; Bill Gentner CEO)

See, Enclosures:

📄 JS Form 44 410 Anti Trust cognizable Anti Trus...

📄 Pro Se Complaint Souther Dist W Ohio 25th June ...

📄 Procter and Gamble Aquires Clairol 4.95 Billion...

📄 Ono Yumiko Tokyo JP Kao Corp merger news 10th M...

📄 Kao USA Inc (human rights) supply chains act 20...

📄 22nd June 2020 Letter Kao Corporation, Keizai D...

📄 22nd June 2020 Kao Corporation Contact us (Inve...

📄 Legal Notes OSH Act 17(g) Transcript Data from ...

📄 Letter Kao Investor Relations foreign entity re...

📄 Drazdik Jr, Andrew Letter to Kao Corporation, a...

📄 APPLICABILITY OF 18 USC SECTION 207(F) TO PUBLI...

📄 Keizai Doyukai Kao Corp Legal VFischer Labor St...

📁 Drazdik Jr, Andrew Scholarly Notes, Memorandum,...


Please read and report to the authorities of the U.S. Department of Justice Anti-Trust Division and appropriate section as referenced in the header of this letter. Doing so, by U.S. Government ethically good conscience of public and statutory laws, when by purpose of the U.S. Courts consider my request for relief and writ of mandamus proposed to the U.S. Court Southern District W. Division of Ohio and respond in timely manner by discretion and conduct of the Clerk of Court, and or director by U.S. Courts appointed judge.


Please remit and correspondence in these regards to me directly at the following postal address, and electronic mail address. Thank You.


Andrew S. Drazdik Jr

313 Sunview Avenue

Jeannette, Pennsylvania 15644-2950

Drazdikjr@gmail.com

Tel. no. 412-245-8496

 Gmail

Andrew Drazdik Jr <drazdikjr@gmail.com>

---

**Kontakt-Email**

1 message

---

kontaktformular@bmas.de <kontaktformular@bmas.de>                    Wed, Jul 1, 2020 at 11:06 AM
To: info@bmas.bund.de
Cc: drazdikjr@gmail.com

Name: Andrew Drazdik Jr
Street: 313 Sunview Avenue
City: 15644 Jeannette

Telephone: 0014122458496
Email: drazdikjr@gmail.com
Subject: Rule of law, U.S. District Courts Subpoena duces tecum, discovery process Federal Rules Civil Procedure

Nachricht: Please use my postal address, personal identifiable information, and following request for administrative discovery under the Federal Rules of Civil Procedure (FRCP) within U.S. Government jurisdiction.  Legal Note: Abuse of discretion FRCP, Hearsay in evidence.

Under the laws of the United States of America (42 U.S. Code 1983), when patent, trademark, or copyright work under DMCA; Copyright Act 1976 (17 U.S. Code 201 initial ownership).

Under the Inspector Generals Act of 1978 when a "person" questions a "benefit" by "statement" to a United States Government such that additional "statement" to the "Investigating Official" offers burden of proof as evidence to "Knows or has reason to know" to "defendant" Constitutional legal right, and or "initial decision".  When "information resources management" means the process of managing information resources to accomplish agency missions and to improve agency performance, including through the reduction of information collection burdens on the public [44 U.S. Code 3502(7)]. Legal Note: Definition of "toll" by U.S. District, and appellate court jurisdiction for any "benefit", "statement", and or "claim". See, 5 Code of Federal Regulations 185.102 Cornell Law.

Reference:  Company (1 U.S. Code sec. 5), property, and human worker rights for German citizenship for "transfer", and "Objection to Exemptions" negligence under Securities Exchange Act 1934 [15 U.S. Code sec. 78x sub sec. (f); FINRA rules].  Kao Corporation, stock number 4452 Nikkei Index, and Kao Salon Division (subsidiary "trust activities", "fiduciary capacity", 15 U.S. Code sec. 78c definitions and applications).

 Gmail

Andrew Drazdik Jr <drazdikjr@gmail.com>

---

**[15 U.S. Code Section 78dd–2 (d) Injunctive relief ]**
1 message

---

Andrew Drazdik Jr <drazdikjr@gmail.com>                                Mon, Jul 6, 2020 at 7:51 PM
To: fcpa.fraud@usdoj.gov, clerks_office@ohsd.uscourts.gov

**Fraud Section, Criminal Division**

**U.S. Department of Justice**

Attn: Chief, Foreign Corrupt Practices Act

950 Constitution Avenue, N.W.

Washington, D.C. 20530


Attention c/o: Potters Steward U.S. Courthouse Clerks Office


6th July 2020


US Dist S Div West Ohio 1:28 CV 509 (Scaned Clerk of Court Filing w/ remuneration)

📄 **US Dist Court Ohio Southern Div 1 20 CV 509.PDF**


U.S. District Court Clerk of Court

Potter Stewart U.S. Courthouse

Room 103, 100 East 5th Street

Cincinnati, Ohio 45202

Subject: [15 U.S. Code Section 78dd–2 (d) Injunctive relief ] (Cornell Law. LII. U.S. Code)  https://www.law.cornell.edu/uscode/text/15/78dd-2


Please offer injunctive relief procedure for the purpose of civil investigation, and or opinion of U.S. Attorney General with the following evidence supplied to the government of Japan foreign public officials under FCPA laws in accord rule of law, and contumacy of Anti-Trust during fiscal years of "Company" (1 U.S. Code Section 5), profit sharing, stock, bonus plans by "common control" [26 U.S. Code section 414 Sub Section (c)].


Foreign Corrupt Practices Act 28 CFR § 80.12 Accounting requirements (Kao Corporation, Nikkei 4452:JP)


Plaintiff: Andrew Stephen Drazdik Jr, Pro Se


Vs.


Defendants:  Kao Corporation

Kao Brands USA HQ (Corporate Officers)

Keith Pings P.E., Kao USA Inc.

Vince Fischer P.E., Kao USA Inc.

Bill Gentner C.E.O., Kao USA Inc.

<u>Legal Para Legal Notes: Foreign Corrupt Practices Act unit:</u>

Authority: <u>15 USC § 78dd-1</u>(f)(1)  "Foreign Official" (Cornell Law. LII. U.S. Code)

[File of legal copies PDF Japan Government Correspondence, and Notes]

📖 **Foreign Corrupt Practices Act [Authority,15 USC...**

Definition: "foreign official" means term any officer or employee of a foreign government or any department, agency, or instrumentality thereof, or of a public international organization, or any person acting in an official capacity for or on behalf of any such government or department, agency, or instrumentality, or for or on behalf of any such public international organization.

Under the laws of the United States of America (42 U.S. Code 1983), when patent, trademark, or copyright work under DMCA; Copyright Act 1976 (17 U.S. Code 201 initial ownership).

<u>Rule of Law, Japan Government Authority:</u>

➢ Cabinet Office Order, Ministry of Justice, Ministry of Finance Order No.2 of December 6th, 2002

➢ Companies Act of Act no. 86 of July 26th, 2005

**Japan Fair Trade Commission**
100-8987 1-1-1
Kasumigaseki, Chiyoda-ku, Tokyo,Japan Tel: +81-3-3581-1998
https://www.jftc.go.jp/en/policy_enforcement/mergers/index.html

**Financial Services Agency, Commissioner**

**Policy and Markets Bureau (Corporate Disclosure)**

3-2-1 Kasumigaseki Chiyoda-Ku

Tokyo, 100-8967 Japan

https://www.fsa.go.jp/common/about/organization/fsa_responsibility_en.pdf

Finance Ministry of Japan, Minister of Finance

3-1-1 Kasumigaseki Chiyoda-Ku

Tokyo, 100-8940 Japan

https://www.mof.go.jp/english/location.htm

Transcript sent to the Minister of Finance, Japan Ministry of Finance, 6th July 2020:

Authority: 15 USC § 78dd-1(f)(1) "Foreign Official" (Cornell Law. LII. U.S. Code) when Commissioner of Financial Services Agency, and Minister of Finance under the Cabinet Office Order, Ministry of Justice, Ministry of Finance Order No.2 of December 6th, 2002 receives notice of the Kao USA HQ (Kao Corporation, Nikkei 4452:JP) legal file notification change of trade name (Art. 5) as Foreign Account Management Institution. Please recognize the rule of law Anti-Trust civil procedure (42 United States Code Section 1985) under Constitutional law U.S. District Southern Western Division Ohio, year 2020. Pro Se Litigant Case no. 1:28 CV 509, Anti-Trust file, Diversity complaint (28 U.S. Code 1332), all enclosures. Under the rule of law accord the Companies Act of Act no. 86 of July 26th, 2005, conclusion of merger agreement (Art. 748), objections of creditors (Art. 779), orders regarding property of a company (Art. 905), keeping of inspection of financial statements (Art. 951). Please inquire into cooperation by Administrative Law Judge legal authority stated above and rule of law under the Foreign Corrupt Practices Act (U.S. Law), U.S. Department of Justice opinion procedure 28 Code of Federal Regulations Section 80.12, when domestic laws enforced by federal government (Japan) by taxation, treaty, law and equity. Thank You.

## Federal Ministry of Labor and Social Affairs (Pension Plans/ Social Security/ Citizen Rights)

Data Protection Officer, Bonn 53107 Germany

https://www.bmas.de/DE/Infos/Datenschutz/datenschutz.html

Transcript to Federal Ministry of Labor and Social Affairs, 1st July 2020: Subject: Rule of law, U.S. District Courts Subpoena duces tecum, discovery process Federal Rules Civil Procedure.

Nachricht: Please use my postal address, personal identifiable information, and following request for administrative discovery under the Federal Rules of Civil Procedure (FRCP) within U.S. Government jurisdiction. Legal Note: Abuse of discretion FRCP, Hearsay in evidence.

Under the laws of the United States of America (42 U.S. Code 1983), when patent, trademark, or copyright work under DMCA; Copyright Act 1976 (17 U.S. Code 201 initial ownership).

Under the Inspector Generals Act of 1978 when a "person" questions a "benefit" by "statement" to a United States Government such that additional "statement" to the "Investigating Official" offers burden of proof as evidence to "Knows or has reason to know" to "defendant" Constitutional legal right, and or "initial decision". When "information resources management" means the process of managing information resources to accomplish agency missions and to improve agency performance, including through the reduction of information collection burdens on the public [44 U.S. Code 3502(7)]. Legal Note: Definition of "toll" by U.S. District, and appellate court jurisdiction for any "benefit", "statement", and or "claim". See, 5 Code of Federal Regulations 185.102 Cornell Law.

Reference: Company (1 U.S. Code sec. 5), property, and human worker rights for German citizenship for "transfer", and "Objection to Exemptions" negligence under Securities Exchange Act 1934 [15 U.S. Code sec. 78x sub sec. (f); FINRA rules]. Kao Corporation, stock number 4452 Nikkei Index, and Kao Salon Division (subsidiary "trust activities", "fiduciary capacity", 15 U.S. Code sec. 78c definitions and applications).

Reference to Actuary Terms, and Beneficiary Form of the IRS:

## IRS Civil Rights Division

Room 2413

1111 Constitution Avenue, N.W.

Washington, D.C. 20224

**Internal Revenue Service**

**Enrolled Agent Policy & Management**

P.O. Box 33968

Detroit, MI 48232

➢ "Company" (1 U.S. Code Section 5), profit sharing, stock, bonus plans by "common control" [26 U.S. Code section 414 Sub Section (c)]. See. Tax Topic 762. Public Notice Common Law Rules: Behavioral (How the Work is done); Financial (Expenses); Type of Relationship (contractual agreements). https://www.irs.gov/taxtopics/tc762

IRS Form 8971 OMB no. 1545-2264.

Reliability Principle. See AICPA Statements on Auditing Standards (SASs) no. 67 The Confirmation Process Ref. AU section 330 "reliability";

https://www.aicpa.org/content/dam/aicpa/research/standards/auditattest/downloadabledocuments/au-00330.pdf

Ref. AU section 9330 "reliability"; https://www.aicpa.org/content/dam/aicpa/research/standards/auditattest/downloadabledocuments/au-00330-9.pdf

---Cross Ref. American Institute of Certified Public Accountants. Using the Work of a Specialist SAS No. 73. AU Section 9336

https://www.aicpa.org/content/dam/aicpa/research/standards/auditattest/downloadabledocuments/au-00336-9.pdf

---Cross Ref. American Institute of Certified Public Accountants. Audit Evidence. SAS No. 106. (For purposes of this section, a specialist is a person (or firm) possessing special skill or knowledge in a particular field other than accounting or auditing.); AU Section 9326

https://www.aicpa.org/content/dam/aicpa/research/standards/auditattest/downloadabledocuments/au-00326-9.pdf

Internal Auditing. Def. Institute of Internal Auditing. internet;

https://na.theiia.org/standards-guidance/mandatory-guidance/Pages/Definition-of-Internal-Auditing.aspx

Under laws of the United States of America for perjury (28 U.S. Code 1746), cross ref. Electronic Privacy Act 1986

PA Drivers No. 23 079 422

Remit responses to Pro Se Litigant:

Andrew Stephen Drazdik Jr
313 Sunview Avenue
Jeannette, Pennsylvania 15644-2950
Drazdikjr@gmail.com
Tel. no. 412-245-8496

*Exh 1 99*
*Complaint*

 **Gmail**

**Andrew Drazdik Jr <drazdikjr@gmail.com>**

---

## Kontakt-Email
1 message

---

**kontaktformular@bmas.de <kontaktformular@bmas.de>**　　　　　　　　　Fri, Aug 14, 2020 at 11:26 AM
To: info@bmas.bund.de
Cc: drazdikjr@gmail.com

　　Name: Andrew Stephen Drazdik Jr
　　Street: 313 Sunview Avenue
　　City: Jeannette

　　Telephone: 4122458496
　　Email: drazdikjr@gmail.com
　　Subject: 28 U.S. Code Section 1605 Jurisdictional Immunity (Sovereignty of State)

　　Nachricht: Please review the jurisprudence in relation to the Federal Republic of Germany sovereignty of state jurisdictional immunity
　　(28 U.S. Code Section 1605). Communications to the U.S. Government in accord the rule of law should ethically be respected to
　　property, and security of the German State, and people of Germany.

　　Cause: 28 U.S. Code Section 1605 Jurisdictional Immunity

　　2 U.S. Code Section 288e Interventions, Appearance U.S. Senate Legal Counsel

　　18 U.S. Code Section 207 sub section (f)(2) Special rule for trade representative

　　19 U.S. Code Section 1677 sub section (5)(B), Authority

　　U.S. Department of Justice. Justice Manual. Criminal Resource Manual: Introduction Economic Espionage Act. USDOJ. internet

　　U.S. Department of Justice. Justice Manual. Organization and Functions Manual: 27 Parallel Proceedings. USDOJ. 30th January 2012.
　　internet

　　Reference to forms, rules, and relative jurisdictional law:

　　Ministry of Health, Labor, and Welfare (Japan). Whistleblower Protection

　　Whistleblower Protection Act (Act no. 122 of 2004), amended 23rd 2007 (Act no. 70 of 2007) [Japan Law]

　　United States District Court. Pro Se form no. 11, Third Party Complaint.

　　Complainant [28 U.S. Code Section 351(d)(2)]

　　Rules [28 U.S. Code Section 358]

　　Review of Complaint by Chief Judge [28 U.S. Code Section 352]

　　US District Court Western Pennsylvania, Civil Case 2:20 CV 549
　　Andrew Drazdik Jr v. United States Government, venue Banking (Personal Identifiable Information)

　　US District Court Southern Ohio Western Division 1:20 CV 509
　　Andrew Drazdik Jr v. Kao Corporation, venue Antitrust (merger acquisition)

　　When civil liberties by personal identifiable information sua suponte jurisdictional law (42 U.S. Code 1983). 14th August, Andrew
　　Drazdik Jr

L. 150 / 00
Complaint

---

**Ministry of the Environment**
Government of Japan

---

MOE > MOE-mail

## MOE-mail

### Confirmation of contents

If the content is correct, please click the [Send] button.
If you wish to keep a record of what is sent, please click the [Print] button.

| — Categories | Health & Chemicals |
|---|---|
| — Subject | Article 239 Insurance Business Act [Japanese Law] |
| — Comment | The Companies Act of Japan when stock company equity is understood by election of executive officers (under the Companies Act)...to a stock company the term "this Act" in that item shall be deemed to be replaced with the Insurance Business Act "this Act". Juridical person as general agent of Japan [Article 239 Insurance Business Act] given transitional measures to a Cabinet Order that the Prime Minister (of Japan) shall notify thereof to the Minister of Finance [Article 311-3 Insurance Business Act] to understand "reportable fact" as used in this Act means any of the following facts: the fact of criminal act that constitutes the crimes provided for in laws (including the orders based on such laws) of the Whistleblower Protection Act, Act No. 122 of 2004. When Board of Directors of the Kao Corporation involve officers please comprehend the rule of law with State of Ohio, and State of Pennsylvania under the Securities Investor Protection Act of 1970 and Mr. Dave Ferguson as unlawful insider by trust capital formation [15 USC 77b], all Japanese citizens as disinterested [15 USC 78eee]. Case file. US District Court Southern Ohio Western Division 1:20 CV 509 Andrew Drazdik Jr v. Kao Corporation, venue Antitrust (merger acquisition), Currently filed in court (7/14/2020), Judges: Hon. Michael R. Barrett, presiding; Hon. Karen L. Litkovitz, referral. See also, Federal Question Civil Rights Act 1991, 15 U.S. Code 78x(f)(4) Privilege,18 U.S. Code 1514A Civil Action to protect against retaliation in Fraud Cases, 18 U.S. Code 1520 Destruction Corporate Audit Records, 20 U.S. Code Section 1232g (f) ENFORCEMENT, 29 U.S. Code 3341 Privacy (United States Law). Pub. L. 91-598, 84 stat. 1636 (1970) |
| — Country | United States |
| — Name | Andrew Drazdik Jr |
| — E-mail address | drazdikjr@gmail.com |

[Send] [Print]

Page Top

Ministry of the Environment Government of Japan
Godochosha No. 5, 1-2-2 Kasumigaseki, Chiyoda-ku, Tokyo 100-8975, Japan.
Tel: +81-(0)3-3581-3351 E-mail:    MOE-mail
>>Location (Map)
| Privacy Policy  | Copyright / Link |

Kao Corporation Contact us (Investor Relations)

*Complaint*

**Kao**    Japan

Confirm all information then send.

We are only able to respond to your comments or inquiries on investor information. We will respond to your inquiry as soon as possible.

**Prefix[*]**

Mr.

**First name[*]**

Andrew

**Last name[*]**

Drazdik Jr

**E-mail Address[*]**

drazdikjr@gmail.com

**Tel**

4122458496

**Fax**

**1. Comments / Inquiries[*]**

Under Japan legal system the Insurance Business Act, Bank Act, and Financial Instruments Act have auditing of the Operations Management for security of the Kao Corporation. The Kao Corporation interest in Justice should ethically take notice Civil Case file: US District Court Southern Ohio Western Division 1:20 CV 509

Andrew Drazdik Jr v. Kao Corporation, venue Antitrust (merger acquisition),

Currently filed in court (7/14/2020),

Judges: Hon. Michael R. Barrett, presiding; Hon. Karen L. Litkovitz, referral

Cause: Foreign Corrupt Practices Act 28 CFR § 80.12 Accounting requirements (Kao Corporation, Nikkei 4452:JP)

Relief: [15 U.S. Code Section 78dd–2 (d) Injunctive relief ]

Please consider my proposal involved with  when the Commissioner of the Financial Services Agency expert opinion by tax law of Japan with such authority under the Financial Instruments Act, and Japan Exchange Group, Inc. Paragraph 2, Article 84 of the Financial Instruments and Exchange

Kao Corporation Contact us (Investor Relations)

Law. According to the International Standards Organization (ISO) the Global Legal Entity Identifier (LEI) system is a 20 numeric sequence that can trace the political  subdivision when person, 15 U.S. Code Section 78c(a)(9), is directly responsible financially. See, Standard Industrial Code (SIC), SIC 8748; SIC 8742

(Yoroshiku) Andrew Drazdik Jr 11th October 2020

Submit      **Back**

Copyright © KAO CORPORATION. ALL Rights Reserved.

Kao Corporation Contact us (Investor Relations)

 Japan

*See 102*

*Complaint*

Confirm all information then send.

We are only able to respond to your comments or inquiries on investor information. We will respond to your inquiry as soon as possible.

### Prefix[*]
Mr.

### First name[*]
Andrew

### Last name[*]
Drazdik Jr

### E-mail Address[*]
drazdikjr@gmail.com

### Tel
4122458496

Fax

## 1. Comments / Inquiries[*]

Please NOTICE, request for stipulation attorney client privilege's by jurisdiction U.S. Court Southern District Ohio Western Division, Andrew Drazdik Jr v. Kao Corporation In Re, civil case no 1:20 CV 509. Broker/ Dealer contract obligations as buyer/ client for money tracing and commercial fraud of labor racketeering is a concern. When civil investigative demand for controlling person liability, 15 U.S.C. 78t, of the commission investigation actions, 15 U.S.C 78u, and discerned person, 15 U.S.C. 78c(a)(9), when foreign nationality, ethnicity, and bank, 15 U.S.C. 78c(a)(6), personal identifiable information (tender clause), acquiring more than five per centum, 15 U.S.C. 78m(d). See, Securities Exchange Act 1934; tender fair dealing in the security in the public interest as National Security, 15 U.S.C. 78m(b)(3), under laws of the United States of America. Please offer appropriate legal evidence attorney client privilege to U.S. Courts any open interest of jurisdictional authority to attention of clerk of court. Please check all documents labeled as Kao Corporation Good Faith Defense. Google Drive (Attorney Client Privilege's, Andrew Stephen Drazdik Jr), special concern Japan Ministry of Environment, and Japan Ministry of Finance when liability of U.S. Courts, and U.S. Congress official responsibility is acknowledged by Public Law 87-748, 76 Stat. 744, when U.S. Government Officer required by summons authority writ of mandamus oath taken federal judge U.S. Courts responsibility under color of legal authority, U.S. Const. See, 28 U.S. Code 1361 Action to Compel U.S. Officer. Best Regards, (Yoroshiku) Andrew Drazdik Jr 17th November 2020

Submit        **Back**

Copyright © KAO CORPORATION. ALL Rights Reserved.

# Risk Capital summary, Capital allocation of Ceding Company

Capital Adequacy — refers to the funding required of a risk financing vehicle, such as a captive insurance company, to meet the liabilities insured. With regard to enterprise risk management (ERM), the term refers to the amount of capital needed to satisfy a specified economic capital constraint (e.g., a certain probability of ruin), usually calculated at the enterprise level. https://www.irmi.com/term/insurance-definitions/capital-adequacy

Capital Allocation — the actual deployment of capital to different business segments. https://www.irmi.com/term/insurance-definitions/capital-allocation

Capital at Risk…surplus funds or risk-bearing capital. https://www.irmi.com/term/insurance-definitions/capital-at-risk

A cedent is a party who gives the responsibility for reimbursing certain risks to another party. In the context of insurance, the cedent is the party that pays a premium to an insurance company in exchange for insurance coverage. https://www.insuranceopedia.com/definition/1143/cedent

Cede when a company reinsures its liability with another. The original or primary insurer, the insurance company that purchases reinsurance, is the "ceding company" that "cedes" business to the reinsurer. https://www.irmi.com/term/insurance-definitions/cede

Ceding Commission — remuneration paid to the ceding insurer/reinsurer by the assuming reinsurer (either entity could be a captive), compensating the cedent for various expenses that it incurs, such as underwriting and business acquisition expenses. https://www.irmi.com/term/insurance-definitions/ceding-commission

Ceding Company — the insurer that cedes all or part of the insurance or reinsurance it has written to a reinsurer. https://www.irmi.com/term/insurance-definitions/ceding-company

Certificate of Compliance — statement issued by an insurance department or other regulatory authority confirming that an insurer is in compliance with applicable statute and regulation. https://www.irmi.com/term/insurance-definitions/certificate-of-compliance

Certificate Holder — the entity that is provided a certificate of insurance as evidence of the insurance maintained by another entity. In standard certificate forms, the certificate holder is usually listed in the space provided for that purpose. https://www.irmi.com/term/insurance-definitions/certificate-holder

Risk Capital — capital required to finance the consequences of business risks. https://www.irmi.com/term/insurance-definitions/risk-capital

M Gmail    *[ Confidential Proprietary Business Information ]*    Andrew Drazdik Jr <drazdikjr@gmail.com>

**Civil Case no. 1:20 CV 509, Fed. R Civ. P Rule 37(a)(1)**    *From Brief 1:20-CV-00509*
1 message

**Andrew Drazdik Jr** <drazdikjr@gmail.com>              Thu, Oct 29, 2020 at 11:12 AM
To: litkovitz_chambers@ohsd.uscourts.gov, compliance@kao.co.jp

## United States Court Southern District Ohio

## Western Division

Civil Case no. 1:20 CV 509

Andrew Drazdik Jr, Plaintiff

v.

Kao Corporation, et. al., Defendant

### 29th October 2020

### Memorandum for Movant of the Court to Expedite Discovery

         The prescribed rules, Fed. R Civ. P 26(f), require a discovery and no sanction, Fed. R Civ. P 11, has been ordered. The file has been accepted for due process of law as proposed by Pro Se Litigation with only exhibits of the service of process by U.S. Postal Mail. As corporate records are protected from destruction in this matter, and the indispensable parent company the Kao Corporation existing in Japan given the time from filing the complaint a reply brief would be expected by the rules of court. In Ex Parte manner I would like to submit this Memorandum for the Movant of the Court to Expedite Discovery. In Support of expert opinion for discovery of the necessary documents. *Background see, Google Drive.*

*https://drive.google.com/drive/folders/1AN53Wi2CJzt9T6v06SIzvT0jcdSRjlWt?usp=sharing*

1. IRS Tax Topic 762 Independent Contractor from Employee

2. FR 77, no. 148 Final Rule SEC Con. Audit Trail. Aug. 2012 pg 45722

3. FCPA Legal Note. 28 CFR Sec. 80.12 Accounting Requirements

4. Financial Service Agency (Laws & Regulations) Book Entry Transfer

5. IAASB. A Framework for Audit Quality. At a Glance. Pub. Doc. Feb. 2014

6. NAIC. Model Laws, Reg., Guidelines, and Other Resources. Standard Valuation Law. (*See,* Definitions). July 2010

7. Federal Rules of Evidence Rule 902 Evidence That is Self Authenticating

8. ISAE 3402. Assurance Reports on Controls at a Service Organization.

(*See*, pg 19 Intended Users and Purpose). June 15th 2011

"to the best of the signer's knowledge, information and belief formed after reasonable inquiry of this Memorandum Letter is well grounded in fact and is warranted by existing law…", and is not interposed for an improper purpose.

I attest the foregoing to be true and correct under the penalty of perjury and the laws of the United States of America (28 U.S. Code Section 1746)

Andrew Stephen Drazdik Jr

313 Sunview Avenue,

Jeannette, Pennsylvania 15644-2950

Tel. no. 412-245-8496,

Drazdikjr@gmail.com, PA Drivers no. 23 079 422

CC:

Attention: Clerk of Court

Honorable Karen Litkovitz, Magistrate Judge

Potter Stewart U.S. Courthouse, Room 716
100 East Fifth Street
Cincinnati, OH 45202

**Social Responsibility Committee**
**Legal Compliance Division**
Kao Corporation HQ
14-10 Nihonbashi Kayabacho
Tokyo, Tokyo 103-8210 Japan

Resume of Andrew Stephen Drazdik Jr
313 Sunview Avenue, Jeannette PA 15644-2950 USA
Tel. no. 412-245-8496, E-mail: Drazdikjr@gmail.com

**Career and Technical Education[1]:**

1995, Slippery Rock University, Bac. Arts Biological Sciences

1998, University of Pittsburgh, Professional Studies International Relations: Japan Area Studies

2000, University of Cincinnati, Professional Studies Chemical Industrial Research: Cosmetic Manufacturing

**Work Experience:**

1998, Internship, work place environment Sumida Laboratories Tokyo Japan

1998 – 2001, The Andrew Jergens Company Research Product Development Cincinnati Ohio USA

2001, Sony Corporation Technical Center Mt. Pleasant Pennsylvania USA

2001 – 2003, U.S. Army National Guard U.S. Army 110th Bravo Co. Pennsylvania USA

**Certificate of Completion Financial Industry Regulatory Authority (FINRA), Washington D.C.:**

Books & Records for Operations Professionals

Conflict of Interest, "framework"

Customer Information Protection Supervisors

Ethical Considerations for Operations Professionals

Securities Regulation Fundamentals

**Certificate of Completion (Continuing Education Online Lawline.com):**

Ethics and Legal Writing

Legal Writing Skills and Techniques

Writing Skills for Federal Litigation

---

[1] Career and Technical Education. 20 U.S. Code Section 2302. Cornell Law. LII. https://www.law.cornell.edu/uscode/text/20/2302

**Legal Note:** Under the Americans with Disabilities Act of 1990 (42 U.S. Code Section 12101 et. seq.)

<u>29 CFR § 1630.2</u> - Definitions. **(g)** *Definition of "disability"* –

(iii) Being regarded as having such an impairment as described in <u>paragraph (l)</u> of this section. This means that the individual has been subjected to an action prohibited by the ADA as amended because of an actual or perceived impairment that is not both "transitory and minor."

<u>29 CFR § 1630.2</u> - Definitions. **(l)** *"Is regarded as having such an impairment."*

The following principles apply under the "regarded as" prong of the <u>definition of disability</u> (paragraph <u>(g)(1)(iii)</u> of this section) above:

**(1)** Except as provided in <u>§ 1630.15(f)</u>, an individual is "regarded as having such an impairment" if the individual is subjected to a prohibited action because of an actual or perceived <u>physical or mental impairment</u>, whether or not that impairment <u>substantially limits</u>, or is perceived to substantially limit, a major life activity. Prohibited actions include but are not limited to refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment

**(2)** Except as provided in <u>§ 1630.15(f)</u>, an individual is "regarded as having such an impairment" any time a <u>covered entity</u> takes a prohibited action against the individual because of an actual or perceived impairment, even if the entity asserts, or may or does ultimately establish, a defense to such action.

**(3)** Establishing that an individual is "regarded as having such an impairment" does not, by itself, establish liability. Liability is established under title I of the ADA only when an individual proves that a <u>covered entity</u> discriminated on the basis of <u>disability</u> within the meaning of section 102 of the ADA, <u>42 U.S.C. 12112</u>.

<u>29 CFR § 1630.16</u> - Specific activities permitted. **(f)** *Health insurance, life insurance, and other benefit plans* –

**(1)** An insurer, hospital, or medical service company, health maintenance organization, or any agent or entity that administers benefit plans, or similar organizations may underwrite risks, classify risks, or administer such risks that are based on or not inconsistent with <u>State</u> law.

**(2)** A <u>covered entity</u> may establish, sponsor, observe or administer the terms of a bona fide benefit plan that are based on underwriting risks, classifying risks, or administering such risks that are based on or not inconsistent with <u>State</u> law.

**(3)** A <u>covered entity</u> may establish, sponsor, observe, or administer the terms of a bona fide benefit plan that is not subject to <u>State</u> laws that regulate insurance.

**(4)** The activities described in paragraphs (f) (1), (2), and (3) of this section are permitted unless these activities are being used as a subterfuge to evade the purposes of this part.

29 U.S. Code § 794. Nondiscrimination under Federal grants and programs

**(d)** STANDARDS USED IN DETERMINING VIOLATION OF SECTION

The standards used to determine whether this section has been violated in a complaint alleging employment discrimination under this section shall be the standards applied under title I of the <u>Americans with Disabilities Act of 1990</u> (<u>42 U.S.C. 12111</u> et seq.) and the provisions of sections 501 through 504, and 510,<u>[1]</u> of the <u>Americans with Disabilities Act of 1990</u> (<u>42 U.S.C. 12201–122</u>04 and 12210), as such sections relate to employment.

1    **Dislocated Worker[1]**
2    Andrew Drazdik Jr
3    313 Sunview Avenue
4    Jeannette, Pennsylvania 15644-2950
5    Tel. no. 412-245-8496
6
7    **U.S Department of Labor**
8    Employment and Training Administration
9    Division of Federal Assistance
0    200 Constitution Avenue, N.W.
1    Washington, D.C. 20210
2
3    Authority:
4
5    Workforce Innovation and Opportunity Act (42 U.S. Code Section 1983)
6
7    Program Assistance:
8
9    Trade Adjustment Assistance Program (Job Loss from foreign trade)
0
1    Work Opportunity Tax Credit Program and Technical Assistance Activities
2
3    Petition:
4
5    Under the law when federal program shall offer technical assistance to a dislocated worker the recognized
6    curriculum vitae, and individual with a barrier to employment[2] to receive instructions for career pathway[3] by
7    job analysis specialist[4] as qualified individual[5].
8
9    Relief and Remedy:
0
1    Complaint alleging non-affirmative action employment discrimination under title I of the Americans with
2    Disabilities Act of 1990 [42 U.S.C. 12111 et seq.], **"Complaining party"** means the Commission, the Attorney
3    General, or a "person" who may bring an action or proceeding under this subchapter. 42 U.S. Code Section
4    2000e (l), **"person"** includes one or more individuals, governments, governmental agencies, political
5    subdivisions, labor unions, partnerships, associations, corporations, legal representatives, mutual companies,
6    joint-stock companies, trusts, unincorporated organizations, trustees, trustees in cases under title 11, or
7    receivers [42 U.S. Code Section 2000e(a)], **"director"** means any director of a corporation or any person
8    performing similar functions with respect to any organization, whether incorporated or unincorporated [15
9    U.S. Code Section 78c(a)(7)].
0
1
2

---

[1] Dislocated Worker, 29 U.S. Code Section 3102(15)
[2] Individual with a Barrier to Employment, 29 U.S. Code Section 3102(24)
[3] Career Pathway, 29 U.S. Code Section 3102(7)
[4] U.S. Department of Labor Standard Occupational Classification Number. 13-1141.00 Job Analysis Specialists
[5] Qualified Individual, 42 U.S. Code Section 12111(8)

Argument:

Federal contracts that disclose a contract[6], that the complaining party to the authority on behalf of a qualified individual shall have mutual rights Constitutional under the law[7] governance for equal opportunity by civil rights.

When a fraudulent activity requires technical assistance from a federal authority the equal employment opportunity commission, U.S. Department of Labor, and U.S. Department of Justice must support the Constitutional norms as to not abridge the rights of the parties to any contract or agreement.

Grant fraud typically occurs when award recipients attempt to deceive the government about their spending of award money. Such behavior amounts to "lying, cheating and stealing," according to the Department of Justice. From Grants.gov; Grants. Grant Fraud. Internet

**Equal Employment Opportunity Commissioner**
131 M Street, NE
Washington, D.C. 20507
Tel. no. 202-663-4900

**U.S. Department of Labor**
**Office of Federal Contract Compliance Programs**
200 Constitution Avenue, N.W. Washington, D.C. 20210
www.dol.gov/ofccp/index.htm
(800) 397-6251 (voice)

**U.S. Department of Justice**
**Civil Rights Division Disability Rights Section**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
www.ada.gov
(800) 514-0301 (voice)

The technical assistance and defense of Constitutional civil liberties in these regards cannot support a money making opportunity, nor a criminal defense, that the normal course of business for the contract and federal program performs by laws, regulations, and rules of the U.S. Governmental function. The lawful right of the complaining party should thus be recognized mutually by all the parties under the law.

Please use this letter as a petition to relief and remedy when any complaining party involves your business, or person involved within the jurisdictional right of the legal performance with the authorities.

Best Regards, Andrew Stephen Drazdik Jr

313 Sunview Avnue
Jeannette, Pennsylvania 15644-2950
Tel. no. 412-245-8496
E-Mail: Drazdikjr@gmail.com

---

[6] Contract means a party to a Federal Government contract other than the Federal Government. 41 U.S. Code Section 7101(7)
[7] Pub L 93-112, 87 Stat 355. Rehabilitation Act of 1973; Pub L 101-336, 104 Stat 327, Americans with Disabilities Act of 1990





GREENSBURG
238 S PENNSYLVANIA AVE
GREENSBURG, PA 15601-9998
(800)275-8777

03/13/2021                                      04:52 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class™ Intl Large Envelope | 1 | | $7.32 |

Japan
Weight: 5.50 oz

Priority Mail® 2-Day   1                          $2.10
    Cincinnati, OH  45214
    Weight: 5.50 oz
    Expected Delivery Date
        Tue 03/16/2021
    Tracking #:
        9510 8066 6241 1072 2783 15
    Insurance                                     $0.00
        Up to $50.00 included
    Signature                                     $3.20
    Confirm
Total                                            $11.30

Priority Mail® 2-Day   1                          $8.10
    Cincinnati, OH  45202
    Weight: 5.40 oz
    Expected Delivery Date
        Tue 03/16/2021
    Tracking #:
        9510 8066 6241 1072 2783 39
    Insurance                                     $0.00
        Up to $50.00 included
    Signature                                     $3.20
    Confirm
Total                                            $11.30
---
Grand Total:                                     $29.92

Debit Card Remitted                              $29.92
    Card Name: VISA
    Account #: XXXXXXXXXXXX7039
    Approval #: 005116
    Transaction #: 023523
    Receipt #: 023523



PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

## USPS SIGNATURE® TRACKING ®

9510 8066 6241 1072 2783 39



Expected Delivery
03/16/2021

PLACE THIS LABEL TO THE LEFT OF THE POSTAGE

## USPS SIGNATURE® TRACKING ®



9510 8066 6241 1072 2783 15



Expected Delivery
03/16/2021

Andrew Resetics
313 Sandlew Ave.
Jeannette, PA 15644-2950



USPS SIGNATURE TRACKING

9510 8066 6241 1072 2783 39

U.S. POSTAGE
$11.30
PM 2-Day
15601 0004
03/13/21
06 2590
1 114362247

Expected Delivery
03/16/2021

Clerk's Office U.S. Court
S-D of Ohio
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988