UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Andrew Stephen Drazdik, Jr.,

    Plaintiff,

        v.                          Case No.   1:21cv182

Kao Corporation HQ, et al.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Court orders that Plaintiff's objections (Doc. 8) are overruled, and the Court adopts the R&R (Doc. 7) in its entirety. Accordingly, the Complaint (Doc. 1) is dismissed without prejudice for failure of service.

Date: June 2, 2022                     Richard W. Nagel, Clerk
                                                    Clerk

                                      By:   *s/ Krista Zeller*
                                                    Deputy Clerk